# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| IN THE MATTERS OF THE SEARCHES OF THE RESIDENCES, PREMISES, OUTBUILDINGS, AND VEHICLES LOCATED AT: | ) ) ) ) ) | **FILED UNDER SEAL** |
| 7249 EAST BRAINERD ROAD APARTMENT 158 CHATTANOOGA, TENNESSEE | ) ) ) ) | 1:23-mj- 032 -SKL |
| 1605 DODSON AVENUE CHATTANOOGA, TENNESSEE | ) ) ) | 1:23-mj- 033 - SKL |
| 3301 PINEWOOD AVENUE APARTMENT 27 CHATTANOOGA, TENNESSEE | ) ) ) ) | 1:23-mj- 034 - SKL |
| 6315 FISK AVENUE CHATTANOOGA, TENNESSEE | ) ) ) | 1:23-mj- 035 - SKL |
| 7507 BORISS DRIVE CHATTANOOGA, TENNESSEE | ) ) | 1:23-mj- 036 - SKL |

## AFFIDAVIT

The affiant, Task Force Officer Garrett Woody, having been first duly sworn, deposes and states as follows:

1) This affidavit is submitted in support of search warrants for the premises, residences, outbuildings, and vehicles located at:

a) 7249 East Brainerd Road, Apartment 158, Chattanooga, Tennessee (further described in Attachment A-1);

b) 1605 Dodson Avenue, Chattanooga, Tennessee (further described in Attachment A-2);

1

c)      3301 Pinewood Avenue, Apartment 27, Chattanooga, Tennessee (further described in Attachment A-3);

d)      6315 Fisk Avenue, Chattanooga, Tennessee (further described in Attachment A-4);

e)      7507 Boriss Drive, Chattanooga, Tennessee (further described in Attachment A-5).

2)      I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), and have been since July 2021. As such, I am authorized to execute and serve search warrants, make arrests, make seizures of property, and perform other law enforcement duties in accordance with Title 21, United States Code, Section 878. I have a bachelor degree in criminal justice from the University of Tennessee at Chattanooga. Beginning in 2016, I was employed as a patrol officer for the Chattanooga Police Department (CPD). While employed with CPD, I received 26 weeks of training at the Chattanooga Police Academy. There, I received instruction on enforcement techniques, drug identification, and state and federal criminal law.

3)      After graduation from the academy in 2016, I was assigned to the CPD Baker North district in Chattanooga until 2020. While working as a patrol officer, I became a field training officer. In 2020, I moved to the Narcotics/Vice Unit at CPD until 2021. In 2021 I moved to the position of TFO with the DEA.

4)      Throughout my law enforcement career, my duties have been focused on investigating drug- and weapon-trafficking. During the course of my law enforcement career, I have participated in the execution of search warrants involving the seizure of controlled substances, documents associated with the sale of controlled substances, and proceeds from the sale of controlled substances. I have interviewed confidential informants and drug dealers about drug-trafficking methods and the distribution of illegally obtained money and assets.

2

5) I have participated in previous court-authorized wiretap investigations in addition to the one discussed below. During the course of these investigations, my duties have included: affiant, monitoring intercepted telephone conversations involving principals and co-conspirators involved in drug trafficking, conducting surveillance of members of these organizations, and executing search warrants.

6) Through training, experience, and conversations with other law enforcement personnel, I have become familiar with different techniques commonly used by drug traffickers to smuggle and safeguard narcotics, distribute narcotics, manufacture narcotics, and launder and smuggle drug proceeds. These techniques include the use of counter-surveillance tactics to identify law enforcement presence and the frequent changing of telephones to avoid law enforcement detection. I have developed knowledge in the use of cellular telephones, radios, text-messaging via third party applications such as BlackBerry Messenger and WhatsApp installed on cellular telephones, and the use of fictitious identities by traffickers to avoid detection by law enforcement.

## BASIS AND PURPOSE OF AFFIDAVIT

7) I and other law enforcement officers with the DEA, CPD, and other agencies have been investigating a drug-trafficking organization (DTO) based in Chattanooga, Tennessee, involving Derrick BRADLEY and others known and unknown. The investigation has revealed that the BRADLEY DTO is a poly-drug organization and distributes large quantities of fentanyl and methamphetamine in the Eastern District of Tennessee.

8) As a result of my personal participation in this investigation and my conversations with other law enforcement officers involved in this investigation, I am familiar with all aspects of this investigation including, but not limited to, the following: (1) reports made by other law

enforcement officers; (2) telephone subscriber records, telephone toll records, pen register and trap-and-trace-data, and cell phone location data; (3) information obtained from the court-authorized interception of wire and electronic communications; and (4) information provided by cooperating sources. The information in this affidavit is based on interviews of witnesses, my own observations and actions, information received from other law enforcement agents, my experience and training, and the experience and training of other agents.

9)     This affidavit does not set forth all my knowledge about this investigation. It is submitted for the limited purposes of establishing probable cause to believe that a criminal offense has been committed and that execution of the search and seizure warrant for the premises, property, residences, vehicles, and outbuildings at 7249 East Brainerd Road, Apartment 158, Chattanooga, Tennessee 37421 (**Target Location 1**); 1605 Dodson Avenue, Chattanooga, Tennessee 37406 (**Target Location 2**); 3301 Pinewood Avenue, Apartment 27, Chattanooga, Tennessee, 37411 (**Target Location 3**); 6315 Fisk Avenue, Chattanooga, Tennessee, 37421 (**Target Location 4**); and 7507 Boriss Drive, Chattanooga, Tennessee, 37416 (**Target Location 5**); will reveal evidence of a crime, contraband, fruits of a crime, or other evidence illegally possessed; and property designed or intended for use, or used, in committing a crime by the Derrick BRADLEY DTO operating in the Eastern District of Tennessee.

4

## FACTS ESTABLISHING PROBABLE CAUSE

10)     On November 10, 2022, the Honorable Travis R. McDonough, Chief United States District Judge for the Eastern District of Tennessee, issued orders authorizing the interception of wire and electronic communications to and from cellular telephones using the numbers (423) 644-9815 (Target Telephone 1 or TT-1) (No. 1:22-mc-5004) and (423) 584-8499 (Target Telephone 2 or TT-2) (No. 1:22-mc-5005), which are used by Derrick BRADLEY. On November 14, 2022, the interceptions were activated and the first interception was received.

11)     On December 21, 2022, the Honorable Travis R. McDonough, Chief United States District Judge for the Eastern District of Tennessee, issued renewal orders authorizing the interception of wire and electronic communications to and from cellular telephones using the number (423) 644-9815 (Target Telephone 1 or TT-1) (No. 1:22-mc-5004) and (423) 584-8499 (Target Telephone 2 or TT-2) (No. 1:22-mc-5005), which are used by Derrick BRADLEY. On December 27, 2022, the interceptions were activated and the first interception was received.

### Target Location 1 (7249 East Brainerd Road, Apartment 158)

12)     On August 15, 2022, CPD Investigator Nicholas Gooden spoke with CS-1[1] in reference to a heroin and fentanyl source in Chattanooga, TN. CS-1 advised that the distributor, who was later identified as Derrick BRADLEY, lives at the apartment complex located at 7249 E. Brainerd Road, Chattanooga, TN, and that he distributes heroin and fentanyl from that residence. CS-1 further advised that BRADLEY also distributes heroin and fentanyl from miscellaneous public locations such as business parking lots. CS-1 advised that he/she had previously known BRADLEY and had purchased heroin and fentanyl from him in the past. CS-1 provided a phone

---

[1] As used in this affidavit, "CS" means confidential source.

5

number for BRADLEY of (423) 644-9815 (Target Telephone 1). CS-1 advised he/she calls and/or sends a text message to Target Telephone 1 to set up illegal narcotics transactions.

13)     Also on August 15, 2022, CPD Investigator Gooden and CPD Investigator Josh George met with CS-1 at a predetermined location in reference to making a controlled purchase from the heroin/fentanyl source of supply, Derrick BRADLEY. CPD Investigator Gooden directed CS-1 to place a text message to BRADLEY at Target Telephone 1 to set up the illegal narcotics transaction. CPD Investigator Gooden observed CS-1 and BRADLEY texting back and forth to arrange the illegal narcotics transaction over Target Telephone 1. CPD Investigator Gooden provided CS-1 with CPD confidential funds totaling $180.00 to purchase the fentanyl powder from BRADLEY. To ensure a proper and prosecutable case, the following procedures were conducted prior to the controlled purchase:  CS-1 and CS-1's vehicle were searched with negative results.  CS-1 was fitted with a CPD electronic device capable of recording conversation during the controlled purchase.  CS-1 was followed directly from the predetermined location to 7301 E. Brainerd Road, Chattanooga, TN 37410.

14)     CPD Investigator Gooden monitored the controlled purchase through the CPD electronic device and observed through physical surveillance CS-1 walking to an apartment breezeway at 7301 E. Brainerd Road.  Through the electronic monitoring device, CPD Investigator GOODEN then observed CS-1 meeting with a black male that CS-1 described as approximately 5'9, heavy build, a chinstrap beard and neat afro-style hair. CS-1 then exchanged the CPD confidential funds for the powder fentanyl from BRADLEY.  CS-1 then left the residence and was followed directly back to the predetermined meeting location.

15)     CPD Investigator Gooden and Investigator George met with CS-1 and retrieved approximately one gram of fentanyl powder that was purchased from BRADLEY.  Investigator

Gooden retrieved the CPD electronic device that recorded the controlled purchase. CS-1 and CS-1's vehicle were searched by Investigator Gooden with no contraband found. Investigator Gooden and Investigator George debriefed CS-1 who stated that they purchased powder fentanyl from BRADLEY who was in the breezeway of 7301 E. Brainerd Road. CS-1 further stated that BRADLEY was extremely quick with the transaction. CS-1 advised that BRADLEY appeared in the breezeway, tossed CS-1 the fentanyl powder, collected the $180.00 cash, and left the breezeway on foot.

16)     On August 24, 2022, CPD Investigator Gooden and CPD Investigator Rodney Proffitt met with CS-1 at a predetermined location in reference to making a controlled purchase from Derrick BRADLEY. While meeting with CS-1, Investigator Gooden and Investigator Proffitt were present when CS-1 called BRADLEY, who was using 423-644-9815 (Target Telephone 1). Investigator Gooden advised that BRADLEY answered the phone and agreed to meet CS-1 to complete a transaction for fentanyl.

17)     Investigator Gooden provided CS-1 with $500.00 of CPD confidential funds to purchase the fentanyl from BRADLEY. To ensure a proper and prosecutable case, the following procedures were conducted prior to the controlled purchase: CS-1's person was searched with negative results. CS-1 was fitted with a CPD electronic device capable of recording conversation during the controlled purchase. CS-1 was followed directly from the predetermined location to Fabric Care Laundry at 6818 Shallowford Road, Chattanooga, TN, for the purpose of meeting Derrick BRADLEY.

18)     Investigator Gooden monitored the controlled purchase through the CPD electronic device, and through physical surveillance saw CS-1 arrive at the Fabric Care Laundry. While CS-1 was waiting at the Fabric Care, Investigator Gooden saw a silver Jeep Gladiator arrive at the Fabric

7

Care. Investigator Gooden saw Derrick BRADLEY operating that vehicle. Investigator Gooden saw a hand-to-hand transaction between BRADLEY and CS-1. After the hand-to-hand transaction of currency and fentanyl occurred, the CS left.

19) Investigator Gooden and Investigator Proffitt met with CS-1 at the pre-determined meeting location and retrieved approximately 7.1 grams of fentanyl powder that was purchased from BRADLEY. Investigator Gooden retrieved the CPD electronic device. CS-1 was searched with no contraband located. Investigator Gooden debriefed CS-1, who stated that CS-1 purchased fentanyl from BRADLEY, who arrived at the Fabric Care located at 6818 Shallowford Road in a Silver Jeep Gladiator. CS-1 further stated that BRADLEY handed them the powder fentanyl in exchange for the $500.00.

20) On October 18, 2022, DEA TFO Justin Headden met with Investigators Gooden and George and CS-1 at a predetermined location for the purpose of conducting a controlled purchase of fentanyl from Derrick BRADLEY. CS-1 advised that he/she had communicated with BRADLEY via text messages to Target Telephone 1 to coordinate the illegal narcotics transaction. CS-1 provided TFO Headden his/her telephone to review the text messages between CS-1 and BRADLEY's Target Telephone 1. TFO Headden saw the text messages to BRADLEY's Target Telephone 1 in which CS-1 stated to BRADLEY "Was good bro" and "I got 3 fam I need 5 can you do that for me bro." TFO Headden saw that BRADLEY responded "Apartments" and nothing else. CS-1 advised that is common for BRADLEY and that CS-1 knows from previous drug deals with BRADLEY that "Apartments" means to come to the Meridian Apartments at 7249 East Brainerd Road.

21) Investigators Gooden and George provided CS-1 with $500.00 of CPD confidential funds to purchase the powder fentanyl from BRADLEY. To ensure a proper and prosecutable

8

case, the following procedures were conducted prior to the controlled purchase: CS-1 and CS-1's vehicle were searched with negative results. CS-1 was fitted with a CPD electronic device capable of recording conversation during the controlled purchase. CS-1 was followed directly from the predetermined location to BRADLEY's apartment at 7249 East Brainerd Road, Chattanooga, TN 37421.

22) TFO Headden monitored the controlled purchase through the CPD electronic device and observed CS-1 in the area of BRADLEY's apartment at approximately 12:55 p.m. TFO Headden overheard through the CPD electronic device CS-1 speaking with BRADLEY via CS-1's telephone on speaker phone. TFO Headden overheard BRADLEY confirming the amount of cash in exchange for powder fentanyl that CS-1 wanted to purchase and advising CS-1 that BRADLEY would meet with CS-1 shortly. A short time later, TFO William Bailey observed CS-1 walking toward 7249 East Brainerd Road into one of the breezeways for a short time and then observed CS-1 walking away from the building. CS-1 left the apartments and was followed directly to the predetermined meeting location.

23) At the predetermined meeting location, TFO Headden and Investigators Gooden and George met with CS-1 and retrieved the 7.2 grams of powder fentanyl that was purchased from BRADLEY. Investigators Gooden and George further retrieved the CPD covert transmitting device that recorded CS-1's controlled purchase of fentanyl from BRADLEY. CS-1 and CS-1's vehicle were searched by Investigators Gooden and George with no contraband located. TFO Headden and Investigators Gooden and George debriefed CS-1, who stated that the controlled purchase from BRADLEY occurred at the apartment complex in the breezeway area. Investigators Gooden and George took custody of the powder fentanyl and transported it to CPD Property/Evidence.

9

24) After checking law enforcement data bases, TFO Woody identified that Whitney BERTIL is the primary resident at 7249 E. Brainerd Road, Apartment 158, Chattanooga, TN. Additionally, BERTIL has 7249 E. Brainerd Road, Chattanooga, TN listed has her residence for her state identification card. I know that BERTIL and Derrick BRADLEY are in a relationship. I also know from court-authorized cell phone location tracking, physical surveillance, and electronic and wire intercepts that BRADLEY primarily resides at 7249 E. Brainerd Road, Apartment 158.

25) On December 11, 2022, at 9:06 p.m., Ilya SHVED (IS) used telephone number 423-269-0638 and made an outgoing call to Derrick BRADLEY (DB) on Target Telephone 2. The following is the transcription of the telephone call:

DB: What up Russian?

IS: What up homie?

DB: What up?

IS: Shit I was going to see if I could pull up on you buddy

DB: Just call me when you get to the apartments

IS: Which apartments you talking about?

DB: East Brainerd

IS: Ok I'll be there shortly

26) On December 11, 2022, at 9:21 p.m., Ilya SHVED (IS) used telephone number 423-269-0638 to make an outgoing call to Derrick BRADLEY (DB) on Target Telephone 2. The following is the transcription of the telephone call:

IS: What's up my brother? Hey I'm pulling up.

DB: Aight, come to the back door.

IS: Come to the back door? All right, I got you.

10

27)     Based upon my training and experience, SHVED was telling BRADLEY that he wanted to purchase illegal drugs by stating he wants to "pull up on" BRADLEY. BRADLEY then directed SHVED to his apartments and SHVED confirmed when he arrived.

28)     On December 28, 2022, Anthony RYLEE (AR) used telephone number (706) 519-9694 to exchange a series of text messages with Derrick BRADLEY (DB) on Target Telephone 1, (423) 644-9815. The text messages are as follows:

AR: Yo is that purple all you got right now?

DB: No

AR: You got some of your reg stuff??

DB: Yea

AR: Where u want me to go

DB: E. brainerd

AR: K omw

AR: Getting close apt. Or other place?

DB: Apartments

AR: K

AR: Getting off exit now

AR: Here

DB: Ok

DB: Come down

29)     Based upon my training and experience, RYLEE was telling BRADLEY in code language that he wanted to purchase illegal drugs by stating, "Yo is that purple all you got right now?" and "You got some of your reg stuff??". BRADLEY messaged RYLEE "E. Brainerd"

11

which meant the Meridian Apartments located at 7249 E. Brainerd Road. RYLEE then verified with BRADLEY that he meant the "Apartments" and BRADLEY confirmed the meeting location. RYLEE then messaged BRADLEY confirming that he had arrived at the apartments.

30)     On January 13, 2023, Derrick BRADLEY (DB) engaged in text communications with an unknown female (UF) on Target Telephone 1 while cell phone location data showed that Target Telephone 1 was located at Target Location 1. The UF asked DB where he was and DB said "Apartments." The UF asked, "So can I get a g of the FIRE? Ill do 150 and ive got you some." The UF then said, "Ive got 170$." After texting "Apartments" again and engaging in some additional back-and-forth texting, DB said, "Come down." Based on my training, experience, and facts learned during this investigation, I believe BRADLEY agreed to sell the unknown female a gram of an illegal drug referred to by code name "FIRE" for $170, and he told her to come to Target Location 1 to get it.

31)     On January 13, 2023, Derrick BRADLEY (DB) engaged in text communications with Anthony RYLEE (AR) on Target Telephone 1 while cell phone location data showed that Target Telephone 1 was located at Target Location 1. AR asked, "You wanna do something for $100 worth of stamp maybe?" DB texted, "Half a G for 100." AR texted, "where u wanna meet bro," and DB replied, "Apartments." Based on my training, experience, and facts learned during this investigation, I believe BRADLEY agreed to sell RYLEE half a gram of an illegal drug for $100 worth of food stamps, and he told RYLEE to come to Target Location 1 to get it.

**Target Location 2 (1605 Dodson Avenue)**

32)     On November 21, 2022, at approximately 9:49 a.m., Derrick BRADLEY, using Target Telephone 2, exchanged text messages with phone number (423) 269-0638 used by Ilya SHVED:

12

BRADLEY: Yo

SHVED: What up brob

BRADLEY: Drop me off over Bentley House

BRADLEY: Bout 10:40

SHVED: Ok I'll be at your crib like 1030

33)     At approximately 10:29 a.m., BRADLEY, using Target Telephone 2, received a call from (423) 269-0638, used by Ilya SHVED, in which they said:

BRADLEY: Here I come Rush

SHVED: Ok, just letting you know I am here.

34)     At approximately 10:45 a.m., BRADLEY, using Target Telephone 2, made a call to (423) 269-0638, used by Ilya SHVED, in which they said:

SHVED: What's up money?

BRADLEY: You want a drank?

SHVED: Do what now? I'm sorry I didn't hear you.

BRADLEY: Do you want a drank?

SHVED: Yea I am out here by the dumpster.

BRADLEY: I said do you want a drank?

SHVED: Yea, yea, yea if you can. Do you want me to walk back there?

BRADLEY: Yea.

SHVED: Ok here I come man.

35)     According to physical surveillance, Ilya SHVED arrived shortly thereafter at the apartments at 7249 E. Brainerd Road in a Silver Toyota Rav4 bearing Tennessee tag 946BJBH. At approximately 11:03 a.m., the Toyota Rav4 left the apartment complex and traveled onto

13

Interstate 75. Investigators observed BRADLEY operating the vehicle and SHVED riding in the front passenger seat. Surveillance was able to maintain constant visual of the Toyota Rav4 travel from 7249 E. Brainerd Road directly to the 1600 block of Dodson Avenue. Once BRADLEY and SHVED arrived at the 1600 block of Dodson Avenue, BRADLEY exited the vehicle and entered the Oaks at Camden apartment complex. Ilya SHVED was observed exiting the passenger side of the Rav4 and entering the driver seat and leaving the area.

36)     At approximately 11:19 a.m., investigators attempted to establish surveillance in the Oaks at Camden apartment complex in an attempt to identify which residence BRADLEY entered. DEA SA Jared Olson parked inside the complex and saw BRADLEY standing next to a dumpster at the rear of the complex. BRADLEY began conducting counter surveillance by taking out his cell phone and apparently recording video of SA Olson's vehicle. BRADLEY then walked across the apartment complex parking lot, recording SA Olson the entire time. As BRADLEY approached SA Olson's vehicle, SA Olson departed the area and surveillance was terminated.

37)     Drug dealers often use counter-surveillance techniques to identify and avoid law enforcement. BRADLEY's demonstrated paranoia regarding SA Olson's vehicle indicates he was concerned of being identified at the Oaks at Camden apartment complex.

38)     I have identified Lovlee CARTER as the primary resident at 1605 Dodson Avenue, Chattanooga, TN, which is one of the units at the Oaks at Camden apartment complex. Additionally, CARTER has 1605 Dodson Avenue, Chattanooga, TN, listed has her residence for her state identification card. CARTER and Derrick BRADLEY have a child together. I know from court-authorized cell phone location tracking, physical surveillance, and wire and electronic interceptions that BRADLEY frequents 1605 Dodson Avenue, Chattanooga, TN.

14

39)     On November 23, 2022, BRADLEY (DB), using TT-1, exchanged a series of text messages with Kristal LOFTY (KL) who was using (706) 260-0928.   The text message conversation is as follows:

KL: Hey love I just woke up but I need 200$ on those tiny things and 100 on f

DB: Yea

KL: Hey love im leaving my house to come that way is that ok?

DB: Wat u want

KL: 200$ on tinys and 100 on f

KL: My b 300 on tinys 100 on f

DB: Bonny oaks

DB: KFC on 3rd st

KL: I'm coming from my dad's in Cisco so be about 30 min at most

DB: Ok

DB: Yo

KL: Hey I'm just now getting on highway varnell maybe 15 min away

DB: ??

KL: Where do you want me to come too love I'm almost at the split

DB: American wings

DB: On 3rd st

KL: Aight see you soon

DB: How long tho

DB: U said 15 25 minutes ago

KL: Let me put it in gps

15

DB: ???

KL: Baby can you call me

KL: Says 9 min

KL: But I got smoke coming out from under my hood now omg

KL: But I'm not stopping til my car makes me

KL: Going through tunnel

DB: Yo

KL: I'm here love

DB: Ok I'm on Wilcox now

DB: Apartments

KL: Ok you coming here or I need to travel to Wilcox

DB: Stay there for a lil minute

KL: Baby my car is acting crazy but ok I'll come to you???

DB: ok

DB: U the one asked

KL: I figured love

DB: U gone have to take me

KL: Where do you need to go

KL: I'm at the pizza place

KL: By you do I need to come to the back side of the apartments

DB: Yes

KL: Ok

DB: In u gone have to take me to Bonny oaks

DB: My girl gone

KL: Hey I only got 280 ole girl didn't get paid and ok

KL: I'm here behind the apartments

40)     During this exchange of text messages, investigators established surveillance in the area of 1605 Dodson Avenue, Chattanooga, TN. According to law enforcement databases, Kristal LOFTY is known to operate a silver Honda Accord bearing Georgia license plate TCZ1991. While conducting surveillance I saw a silver Honda Accord bearing Georgia license plate TCZ1991 at the American Wings parking lot located at 2316 E. 3rd Street. As the Honda Accord was driving around the area, the driver appeared to be conducting counter-surveillance by making last-minute turns, doubling back, and examining nearby vehicles. Investigators continued to follow the Honda Accord until it eventually parked at the intersection of Dodson Avenue and Camden Street. At approximately the same time LOFTY sent the text message "I'm here behind the apartments" to BRADLEY, I saw LOFTY's vehicle near 1605 Dodson Avenue. Investigators attempted to maintain surveillance on the Honda Accord but were unable to due geographical restraints and the high probability of LOFTY and/or BRADLEY identifying law enforcement presence. Investigators continued to spot-check the location of the Honda Accord but the Honda Accord departed the area and its location was lost.

41)     I believe that in the text messages above, BRADLEY and LOFTY orchestrated a meeting for the purpose of exchanging an illicit substance. I know from my training and experience that the word "tinys" is code for counterfeit oxycodone pills. I also know from facts learned during this investigation that when BRADLEY instructs customers to come to "Wilcox," he is referring to 1605 Dodson Avenue, Chattanooga, TN. I believe BRADLEY uses the term "Wilcox" to evade law enforcement detection at 1605 Dodson Avenue.

42) On January 18, 2023, BRADLEY, using TT-1, exchanged a series of text messages with an unknown female (UF). The text message conversation is as follows:

UF: Hey baby you up

DB: Yes

DB: Text me

UF: Hey baby we fell asleep. You got that good good put together for us?

DB: Yes wat u want

UF: We got what we owe you let me check the rest of my money & ill let you k

DB: ok

DB: Yoo

UF: Hey were bout 2 leave Walmart & head ur way.

DB: Wilcox

UF: Kk buddy

UF: Hey i just got her ass out of Walmart. We are on our way to Wilcox!!!!!!

DB: Ok

DB: Yes

UF: Im on 153 fikin to jump onpo Dupont parkway then ill be right there

UF: Hey im fison to pull in. I need a ball too

UF: Im pulling in

UF: Im here

DB: Wat u want

UF: Ball

UF: Of the best shit you got Daddy

18

UF: Plus i got that other i owed you a hundred and 20. With this

43)    Based on my training, experience, and facts learned during this investigation, I believe that the unknown female contacted Derrick BRADLEY to purchase an illicit substance. Specifically, she said that she wanted a "Ball" from BRADLEY "Of the best shit you got." A "ball" is slang for 3.5 grams (roughly an eighth of an ounce, sometimes called an "eight-ball") of illegal drugs. "Shit" is common slang for illegal drugs. BRADLEY instructed the unknown female to come to "Wilcox," which BRADLEY uses as code for 1605 Dodson Avenue, Chattanooga, TN (Target Location 2). At the time of this text conversation, cell phone location data showed BRADLEY's Target Telephone 1 was located at or very close to Target Location 2.

44)    On January 22, 2023, at 2:36 p.m., investigators intercepted a telephone call between Derrick BRADLEY (DB) using TT-2 and Erick BRADLEY (EB). During that conversation, EB tells DB to go ahead and count out a quantity of illegal drugs for EB's customer who was on the way to Chattanooga. DB agrees and EB says he is on the way to pick up DB. At that time, agents saw EB turn his white Ford Fusion onto Meharry Drive from Fisk Avenue. 6315 Fisk Avenue is five houses (about 300 feet/100 yards) from the intersection of Meharry Drive and Fisk Avenue. Investigators then followed EB directly from Meharry Drive to DB, who was located at 1605 Dodson Avenue. Agents then observed the white Ford Fusion occupied by EB and DB leave 1605 Dodson Avenue (Target Location 2). EB and DB went directly from 1605 Dodson Avenue to the Mapco gas station located at 2282 Encompass Drive. Investigators then saw a silver Lexus sedan arrive at the Mapco. The passenger of the Lexus exited the vehicle and met with EB and DB, who were inside of the white Ford Fusion. After a hand-to-hand transaction occurred, the Lexus sedan left the Mapco and began traveling east on Shallowford Road. Investigators followed the vehicle, maintaining constant visual contact until CPD Ethan Lee could

19

approach the vehicle and conduct a traffic stop on it at 700 Interstate 75. Officer Lee identified the driver as Brett Messer and the front seat passenger as Ramon Garcia. Officer Lee removed Garcia from the vehicle and acquired consent to search. Inside the vehicle, Officer Lee located a cut straw and several pieces of burnt aluminum foil with residue consistent with drug paraphernalia. At this time, Officer Lee detained both occupants of the vehicle. Both occupants were read their *Miranda* rights and acknowledged they understood their rights. Messer stated he was in possession of a few pills that he hid in his underwear. Messer handed Officer Lee a small piece of folded paper that contained approximately one gram of counterfeit oxycodone pills. Garcia stated that he does not do drugs and couldn't explain why the drug paraphernalia was around him in the vehicle. Officer Lee also located a clear baggie in Garcia's pants pocket that appeared to be torn open. Officer Lee continued to speak to Messer, who informed him that Garcia had approximately 20 or 30 pills before the traffic stop. Messer stated he was unaware of what Garcia did with the pills during the traffic stop. Officer Lee transported both men to the Hamilton County Jail and charged them with possession of unlawful drug paraphernalia. Messer received additional charges for window tint violation and possession of fentanyl. Based on the intercepted phone call discussed above and my training and experience, I believe Erick and Derrick BRADLEY sold illicit pills to Erick BRADLEY's customer(s) Garcia and/or Messer, and that Derrick BRADLEY got the pills from Target Location 2.

**Target Location 3 (3301 Pinewood Avenue, Apartment 27)**

45)     ' TFO Headden found'that on October 1, 2022, CPD Officer Spain 'made a police report at 3301 Pinewood Avenue, Apartment 27, with Lydia Mclean, who identified herself as the mother of Tracy PENSON's child. During that interaction, Lydia Mclean advised Officer Lee that PENSON sells "blues" from the apartment. "Blues" are illegal pills often containing fentanyl

and/or other illegal substances. TFO Headden further found that in the last four months that PENSON has been documented in CPD reports of being inside and/or associated with Target Location 3 and Lydia Mclean.

46) On November 22, 2022, between 2:43 p.m. and 4:27 p.m., investigators intercepted a series of text messages and a phone call between Nealson BROWN (NB) and Target Telephone 1 used by Derrick BRADLEY (DB). The text messages are as follows:

NB: "Yo I got 30 now can I get a half ill have money in the morning for something and I'll give you the 20 then I would appreciate it"

DB: 3301 pinewood by mail boxes

NB: Thanks

NB: Im here

47) On November 22, 2022, investigators observed via electronic cameras at 3301 Pinewood Avenue that BROWN arrived in a Dodge Dakota pickup that BROWN was known to operate, according to law enforcement databases. A short time later, BRADLEY met with BROWN before BROWN left the residence in the Dodge Dakota pickup truck.

48) Based upon my training and experience, BRADLEY directed BROWN to meet at 3301 Pinewood Avenue to conduct an illegal drug transaction for a "half." I know that "half" is a common term for the weight of illegal drugs and, based upon BROWN's text messages, BROWN was stating he has $30, which is a common price for half a gram of heroin.

49) On December 9, 2022, between 12:05 p.m. and 5:00 p.m., investigators intercepted text messages between Kristal LOFTY (KF) and Derrick BRADLEY (DB) on Target Telephone 1. The following is the text-message conversation between LOFTY and BRADLEY:

KL: Yo

21

DB: Yea

KL: You know I need to talk to you love... you know who this is love look I got out on bond cause I haven't ever been in trouble before and so I'm out can yo

KL: u call me

KL: Don't ghost on me please... You can look me up I ain't no one ever been in no trouble so I got a 3000 bond it's ok I'd never do you no wrong what so ever

KL: I'm a real mother fucker and one that thinks your a sexy mother fucker

DB: Wats up

KL: So you ain't gonna talk to Me ??? Or what please don't do me this way love I'm sick As fuck and I need to see you like asap   boo I just need like 50$ on tinys and 50$ in f but on my face if my friend wouldn't have robbed me of 900 and my f and my tinys I'd be in a better situation I already have 160$ sold but Phil stole my shit...

KL: Sorry you said what's up and that was way after I started that message didn't mean to sound rude

KL: So I gotta start from the bottom again ya know babe

KL: But you know I got you always have always will

KL: I got money now

KL: Can I come see you now alone

DB: Wat u want

DB:??

KL: I want 50 in f and 50 in tinys

KL: Or if you will let me get 100 In tinys and 100 in f I'll pay you right back just like last time love

22

KL: I got 100$ only to start with beautiful love I got a Walmart card as well that is 80$

KL: Yo

DB: Gunbarrel

KL: Alright give me a few to get in the car and head your way love ok I'll call you when I get close

DB: Quit calling me play

KL: I'm sorry my phone got turned on do not disturb

KL: I'm pumping gas right now and I'll be around where you are in 30 min love where you want me to come to

DB: Mailbox

KL: Wilcox

KL: What you mean mailbox

DB: Brainerd rd

KL: Do you want me to call you when brainerd?????

DB: Yea

DB: By the tunnel

KL: Where at by the tunnel I'm almost to the tunnel

DB: First left

DB: Wen u kome threw the tunnel

KL: Ok love

KL: I'm in Phil's green rodeo

KL: Coming through tunnel now

KL: Turn on McCauley

KL: I mean on Duncan

23

DB: 3301 pinewood

KL: Pinewood what

KL: There is 2 of them

DB: Ave

KL: Yo I'm right here says destination on left but I'm parked on the street mountain view

50)     Based on my training, experience, and facts learned during this investigation, I believe LOFTY wanted to purchase counterfeit oxycodone pills ("tinys") and fentanyl ("f") from BRADLEY.  When she said, "I'm sick As fuck and I need to see you like asap," she meant she was having drug-withdrawal sickness.

51)     On December 9, 2022, investigators conducted surveillance in the area of 3301 Pinewood Avenue, Chattanooga, TN (Target Location 3).  TFO Ayriel Novak and TFO Matthew Hennessee observed a white female driving a green Isuzu Rodeo on the roads surrounding 3301 Pinewood Avenue.  The female appeared to be lost, making several turns around the neighborhood.  At 5:02 p.m., a call was intercepted between LOFTY and BRADLEY in which BRADLEY directed LOFTY to park by the mailboxes by the blue car.  TFO Hennessee then saw the green Isuzu Rodeo parking by the mailboxes and a white female exiting the driver's seat of the vehicle and approaching the apartments.  A short time later, the white female was observed leaving the apartments and getting back into the driver's seat of the green Isuzu Rodeo.

52)     Investigators were able to conduct surveillance on the green Isuzu Rodeo leaving 3301 Pinewood Avenue and going directly to the Victory Fuels (3410 Brainerd Road), where it pulled into the parking lot.  CPD Officer Ethan Lee saw the Isuzu Rodeo pull into the parking lot and a white male approach the vehicle and get into the passenger seat of the vehicle.  The vehicle then pulled away from the Victory Fuels and was followed directly to the AutoZone parking lot at

3536 Brainerd Road. The vehicle parked in front of the AutoZone for several minutes before the unknown white male got into the driver's seat of the vehicle and pulled around to the back side of the business.

53) TFO Headden then requested that CPD Officers Dropp and Wilkerson approach the green Isuzu Rodeo after it was parked for several minutes along the back side of the AutoZone. At approximately 5:22 p.m., Officers Dropp and Wilkerson approached the green Isuzu Rodeo and made contact with Jeremy GLADDEN and Kristal LOFTY, the occupants of the vehicle. Officer Dropp observed GLADDEN and LOFTY to be extremely nervous and appeared to be hiding things in the vehicle. Officer Wilkerson had GLADDEN step out of the vehicle, at which time Officer Dropp observed drug paraphernalia in the seat and GLADDEN attempted to flee the officers on foot but was immediately taken into custody. GLADDEN was searched incident to arrest and found to be in possession of drug paraphernalia along with a small plastic bag containing counterfeit oxycodone pills and an unknown white/grey rock substance. Officer Dropp advised LOFTY and GLADDEN of their *Miranda* Rights and they both said they understood. GLADDEN advised Officer Dropp that the illegal narcotics and drug paraphernalia belonged to him and GLADDEN was arrested/charged accordingly at the Hamilton County Jail, while LOFTY was released.

54) Following the arrest of GLADDEN and the release of LOFTY, TFO Headden was made aware of LOFTY being intercepted again contacting BRADLEY on Target Telephone 1. The text messages are as follows:

KL: Yo love listen I just got pulled over cause I was driving around trying to find you I chucked the stuff may I come back and redo that

DB: I'm on Rossville

25

KL: So where do I go

KL: Just come to Roseville?

KL: Boo

KL: I'm on Roseville Blvd

KL: So I can't see you now

KL: Hey lover I got more money so may we try this again pretty please

KL: And I can run by Walmart and take these boots back before 8 and I would have liked 100 cash and 80 card

KL: Yo

55) Based upon my training and experience and facts learned during this investigation, I believe LOFTY purchased the counterfeit oxycodone pills ("tinys") and the unknown white/grey rock substance (likely fentanyl, or "f") from Derrick BRADLEY at 3301 Pinewood Avenue and that GLADDEN had those illegal narcotics on his person when he was arrested. LOFTY then contacted Derrick BRADLEY again to purchase more illegal narcotics following the traffic stop and arrest.

56) I was granted online access to view the on-site cameras located at 3301 Pinewood Avenue. Once access to the online camera system was acquired, DEA SA Olson observed Derrick BRADLEY and Tracy PENSON entering and exiting from the building where Apartment 27 is located. SA Olson additionally saw BRADLEY exit the building where 27 is located at the same time that LOFTY and GLADDEN arrived at 3301 Pinewood Avenue.

57) On January 6, 2023, investigators intercepted text messages between Derek MILLER (DM) and Derrick BRADLEY (DB) on Target Telephone 1. The following is the text-message conversation between MILLER and BRADLEY:

26

DM: Im out here. Let me know when to come down

DB: U kno kno where the mailbox spot is

DB: On brainerd rd

DB: Come here if u want to hurry

DM: I dunno where it is. On Brainerd, not east brainerd right. Is that the name I have to hurry no headlights

DB: 3301 pinewood Ave

DM: On way

DB: Ok

DB: Yo

DM: Im out here

DB: Wat u want

DB: It's raw

DM: Half

58)      In that conversation, Derek MILLER contacted Derrick BRADLEY to purchase illicit narcotics.  This is based on the code terminology used by BRADLEY and MILLER, such as "It's raw," referring to a form of pure narcotic that has not been cut, and "Half," which is common terminology for a half of a gram of an illegal drug.  MILLER informed BRADLEY that he does not know where "the mailbox spot is" and BRADLEY sends MILLER the address of "3301 Pinewood Avenue" (Target Location 3).

**Target Location 4 (6315 Fisk Avenue)**

59)    On January 4, 2023, at 9:28 a.m., investigators intercepted an incoming call from Ilya SHVED (IS) to Derrick BRADLEY (DB) on Target Telephone 2.  A transcript of the telephone call is as follows:

DB: Whats up bro?

IS: Yo what up man?

DB: What up?

IS: Shit not much man just uh

DB: U/I

IS: Do what now?

DB: This your new number or something?

IS: Nah this is my girls number my phone got cut off yesterday

DB: Yeah, i'm like damn i'm trying to call your shit

IS: You were trying to call me? I figured you were I was like shit i bet you was trying to hit me up too

DB: Whats up russian? You alright?

IS: Shit not much, shit you at the house?

DB: Yeah you gonna have to hit up E-bo though if you want something though Russian I ain't going to lie. You want me to call him for you?

IS: Yeah hit him up for me and uhhh

DB: I'm finna call him and tell him. I'm gonna give him your number right here

IS: Alright tell him to hit me up

DB: He will be calling you in a second, i just woke him up

IS: Alright, appreciate you

DB: Your welcome

60)  Derrick BRADLEY refers to his brother, Erick BRADLEY, as "E-Bo."

61)  On January 4, 2023, at 9:28 a.m., investigators intercepted a call from Derrick BRADLEY (DB) on Target Telephone 2 to Erick BRADLEY (EB). A transcript of the telephone call is as follows:

EB: Hello

DB: Hey that nigga russian want something

EB: Russian uhhhh

DB: Uh huh

EB: Tell him to come to the damn mapco man

DB: Mapco? I'm finna tell him right now

EB: Ok

DB: Ok

62)  On January 4, 2023, at 9:29 a.m., investigators intercepted an outgoing call from Derrick BRADLEY (DB) on Target Telephone 2 to Ilya SHVED (IS). A transcript of the telephone call is as follows:

IS: Yo

DB: Hey dawg

IS: Whats up man?

DB: Hey he said meet him at the mapco, hey umm i ain't even going to lie i want you to uhh pick some shit up for me man

IS: Ok, alright

DB: Just look, go meet E-bo first and then call me. After you meet E-bo call me

IS: Ok

DB: It's some stuff right here in East Brainerd I just want you to go put back up on the truck that's it

IS: I got you man, no problem

DB: Call me when you meet E-bo because my keys are in his car

IS: Alright, I'm going to meet E-bo right now

DB: Ok, thank you

IS: Alright, no problem bro

63)    At approximately 9:30 a.m. that same date, investigators responded to the Mapco at 2282 Encompass Drive in an attempt to conduct surveillance on the meeting between SHVED and Erick BRADLEY.  At approximately 9:44 a.m., TFO Justin Headden set up surveillance in the area of 6315 Fisk Avenue and saw Erick BRADLEY's white Ford Fusion turning onto Meharry Drive from Fisk Avenue.  6315 Fisk Avenue is five houses (about 300 feet/100 yards) from the intersection of Meharry Drive and Fisk Avenue.  TFO Headden saw the vehicle make a left turn onto Shepherd Road then merge onto Highway 153 northbound.  At approximately 9:46 a.m., TFO Ayriel Novak observed the white Ford Fusion pulling into the Mapco and parking at pump 13.  Erick BRADLEY did not stop anywhere between the intersection of Meharry Drive and Fisk Avenue and the Mapco.  A short time later, TFO Headden saw Ilya SHVED pulling into the Mapco in a Toyota RAV4.  TFO Headden saw SHVED exit the driver's seat of the Toyota RAV4 and approach the white Ford Fusion for a short time before walking back to the Toyota RAV4 and sitting in the driver's seat.  At approximately 9:52 a.m., SHVED was observed walking back toward the white Ford Fusion and standing at the driver's side for a short amount of time.  SHVED

then walked back toward his Toyota RAV4 and got into the driver's seat while Erick BRADLEY, in the white Ford Fusion, pulled away from the gas station. At approximately 9:58 a.m., TFO Headden saw SHVED pulling away from the gas station and turning onto Shallowford Road towards Highway 153 where surveillance followed SVHED. Based on my training and experience and the above-transcribed phone calls, I believe SHVED received illegal drugs from Erick BRADLEY at the Mapco, in a drug deal coordinated by Derrick BRADLEY.

64) On January 16, 2023, at approximately 11:20 a.m., investigators intercepted a call from Derrick BRADLEY on Target Telephone 2 to an unknown male (UM) who was using (423) 876-8930. A transcript of the telephone call is as follows:

UM: Yo

DB: What up foo, what you doing?

UM: Man, shit cooling, what about you?

DB: You at work?

UM: Hell naw

DB: Damn man, you want us to come pick your ass up, feel like getting out of the house?

UM: No, I am right here making a jig, shit I am already out of the house.

DB: You is? Pull up on us… where at Bo? [Erick BRADLEY in the background: Pull up at my shit] You want to pull up at E-Bo's house?

UM: Yea I will call you as soon as I get done meeting this jug and then I will see where you at.

DB: Naw we will be right there waiting on you bruh. We don't have anything to smoke out of, Erick forgot his wallet. We will just be sitting right there waiting for a minute.

UM: Aight.

DB: Ok.

65)     At the time of that call, cell phone location data showed that Derrick BRADLEY's phone was at the 6300 block of Fisk Avenue with a 110-meter certainty range. I then proceeded to 6315 Fisk Avenue in an attempt to locate Derrick BRADLEY. At approximately 11:45 a.m., I arrived in the area of 6315 Fisk Avenue and observed three vehicles in the driveway. Upon arrival, I located Whitney BERTIL's Gold Chevrolet Malibu bearing Tennessee license plate 495BHZB (As stated above, BERTIL is in a relationship with Derrick BRADLEY and is listed as the primary resident of Target Location 1). I additionally located Erick BRADLEY's white Ford Fusion bearing Tennessee license plate BFZ7397 in the driveway. The third vehicle observed in the driveway was a small, black Nissan sedan, unknown model or license plate.

66)     After verifying that Derrick and Erick BRADLEY (aka "E-Bo") were located at 6315 Fisk Avenue when Derrick invited the UM to meet them at "E-bo's house," I determined that 6315 Fisk Avenue is a residence of Erick BRADLEY, a known drug distributor for and with Derrick BRADLEY.

67)     On January 21, 2023, at approximately 9:01 p.m., an unknown female utilizing (423) 508-2886 contacted Derrick BRADLEY on TT-1. The Unknown Female sent Derrick BRADLEY a text message that asked, "Hey do you have the clr too." About five minutes later, Derrick BRADLEY used TT-2 to call Erick BRADLEY. During the conversation, Derrick asked Erick if he has "clear" for two of his customers, and Erick responded yes he does have it. Derrick then responded back to the unknown female, "Wat u want on clr." The unknown female told Derrick "20". I know from my training and experience that "clear" is a common slang word for methamphetamine. Thus, in the above-referenced conversation between Derrick and Erick BRADLEY, Erick confirmed that on January 21, 2023, Eric BRADLEY had methamphetamine.

32

68)    Based on the preceding paragraph regarding methamphetamine; and the above-described drug deal on January 4, 2023, ~~GW~~ ~~MU~~ in which Erick BRADLEY distributed drugs to Ilya SHVED at Mapco after being surveilled from the end of his street (about 300 feet from his house) directly to the drug deal; and the drug deal on January 22, 2023, described above (in the section of this Affidavit regarding Target Location 2) in which Erick and Derrick BRADLEY sold illegal pills to Erick's customer(s) Messer and/or Garcia, I believe that evidence of drug dealing, including drug ledgers, records, baggies and other packaging, scales, cash, cell phones, and/or drugs are likely to be found at Target Location 4, drug dealer Erick BRADLEY's residence.

69)    Erick BRADLEY has a known history of storing controlled substances at a previous residence of his. Between 2011 and 2016, multiple narcotics search warrant executions at 1056 N. Orchard Knob Avenue in Chattanooga, TN, where Erick BRADLEY and Derrick BRADLEY resided and distributed illicit drugs, resulted in the seizure of crack cocaine, illegal pills, and marijuana. After several of the search warrants, Erick BRADLEY was arrested in connection with the possession of those illegal substances. Erick BRADLEY's criminal history includes the following: In December of 2011, E. BRADLEY was arrested by CPD for possession of cocaine for resale, with an unknown disposition. In June of 2013, E. BRADLEY was arrested by CPD for possession of marijuana for resale and received a misdemeanor suspended sentence. In July of 2013, E. BRADLEY was arrested by CPD for possession of cocaine for resale with an unknown disposition. In January of 2016, E. BRADLEY was arrested by CPD for possession of controlled substances for resale and drug paraphernalia and received a misdemeanor suspended sentence on both charges. In February for 2017, E. BRADLEY was arrested by CPD for possession of crack cocaine for resale and drug paraphernalia and received a misdemeanor suspended sentence for the crack cocaine charge.

33

70)    Given Erick BRADLEY's recent drug-dealing activities set forth above, and his known history of storing illegal drugs at his previous residence, I believe based on my training and experience that it is likely that he currently stores illegal drugs at his residence, Target Location 4.

**Target Location 5 (7507 Boriss Drive)**

71)    Ilya SHVED lives at 7507 Boriss Drive (Target Location 5) along with his brother, Timothy SHVED. Ilya SHVED has overdosed on drugs twice since 2020 at Target Location 5. Timothy SHVED overdosed on drugs six times in 2022 at Target Location 5. Target Location 5 is known to law enforcement as a common site of illegal narcotics use, and several drug arrests have occurred at this location within the past several years.

72)    On October 18, 2022, investigators completed a controlled purchase of drugs from Derrick BRADLEY referenced in in the section of this Affidavit regarding Target Location 1. After that controlled purchase, surveillance was established on Derrick BRADLEY at Target Location 1. On that date, TFO William Bailey observed Derrick BRADLEY and an unknown white male with a hoodie on over his head in the parking lot of 7249 East Brainerd Road (Target Location 1). TFO Bailey observed both BRADLEY and the unknown white male hanging around a White Ford Fusion and a Toyota Rav4 in the parking lot area. A short time later, TFO Bailey lost sight of both BRADLEY and the unknown white male while at the same time observing the white Ford Fusion and Toyota Rav4 leaving the parking lot. TFOs Thomas, Woody, and Bailey were able to conduct surveillance of the Toyota Rav4 leaving the apartment complex and obtained a Tennessee registration of 7C14G5 displayed on the vehicle. I followed the vehicle directly to Bonny Oaks Drive and Austin Drive, where the vehicle turned right onto Austin Drive. TFO Headden was able to conduct a registration check on the vehicle and found it to be a silver 2006 Toyota Rav4 registered to Petr SHVED of 7507 Boriss Drive, Chattanooga, TN. TFO

34

Headden is familiar with Boriss Drive being in the area where the Toyota Rav4 turned onto Austin Drive, and surveillance was terminated. TFO Headden is further aware that Petr SHVED is the father of Ilya SHVED, who is a frequent customer and co-distributor of Derrick BRADLEY.

73) On January 4, 2023, at 9:59 AM, after Ilya SHVED received illegal drugs from Erick BRADLEY at the Mapco as set forth above (in the section of this Affidavit regarding Target Location 4), investigators intercepted a call from Ilya SHVED (IS) to Derrick BRADLEY (DB) on TT-2. A transcript of the telephone call is as follows:

DB: Be at the apartment

IS: Hey money can you hit him up I don't even has his number in this phone. Can you hit him up and see if he will meet me back at the gas station or wherever I'll go wherever

DB: I'm finna call him

IS: Ok thanks man just call me right back

74) On January 4, 2023, at 10:00 a.m., investigators intercepted a call from Derrick BRADLEY (DB) utilizing TT-2 to Erick BRADLEY (EB). A transcript of the telephone call is as follows:

EB: Hello

DB: uh, where you at back the house

EB: uh naw, uh I'm on my way over there

DB: over here, aight. I'm trying to get this nigga to give my muthafuckin keys. uh, Fuck man

EB: Russian said he on his way to you

DB: I'm finna tell him to come right here

EB: Ok

35

DB: Ok

EB: aight

75)      On January 4, 2023, at 9:58 a.m., investigators intercepted a text message from
Derrick BRADLEY using TT-2 to Ilya SHVED that stated, "He otw here jus kome." At 10:01
a.m., SHVED (IS) then called Derrick BRADLEY (DB), and a transcript of the call is as follows:

DB: he on his way over here, just pull up over here

IS: hey man

DB: he on his way over here, just pull up over here bra

IS: over to at your place

DB: shhh

IS: aight I'm on the way, I'm on the way. I just I, the phone glitched out on me

76)      Investigators continued surveillance on SHVED and followed him directly from
the Mapco to the Meridian Apartments (7301 East Brainerd Road, Target Location 1) where he
was observed turning into the apartment complex at approximately 10:10 a.m.

77)      On January 4, 2023, at 10:12 a.m., investigators intercepted a call from Derrick
BRADLEY (DB) using TT-2 to Ilya SHVED (IS).  A transcript of the telephone call is as follows:

IS: Yo, I'm outside homie

DB: what you waiting on bra, what you waiting on

IS: Oh, I was just sitting out here doing something

DB: Oh, aight

IS: my bad

DB: I'm just trying to get this shit so you can just take it

IS: Oh okay here I come brother, I'll just do this in a second. My bad.

36

Based upon my training and experience, when DB said, "I'm just trying to get this shit so you can just take it," I believe he was referring to drugs or drug money.

78)    At 10:15 a.m., on January 4, 2023, Erick BRADLEY called Derrick BRADLEY on TT-2 and left a voicemail. During the voicemail, Erick BRADLEY states that he is outside.

79)    At approximately 10:20 a.m., Special Agent Nathan Mills observed SHVED pulling out of the Meridian Apartments driving the Toyota RAV4 and turning right onto East Brainerd Road toward Interstate 75. SVHED was then followed directly from the Meridian Apartments to 7507 Boriss Drive where DEA Resident Agent in Charge William Wise observed SHVED opening the back of a large white box style truck and placing something into the truck. At that time, approximately 10:40 a.m., surveillance was terminated.

80)    On January 4, 2023, at 10:37 a.m., investigators intercepted a call from Ilya SHVED (IS) to Derrick BRADLEY on TT-2. A transcript of the pertinent portion of the telephone call is as follows:

> DB: what up
>
> IS: hey man, I'm letting you know that everything is in the truck
>
> DB: thank you big dog, I got something for you
>
> IS: all right man, just hit me up
>
> DB: I am, uh Ebo might have something good for you later on or something, on know.
>
> IS: all right cool, just hit me up
>
> DB: I'm finna give him your girl number

Based upon my training and experience, when IS said, "I'm letting you know that everything is in the truck," I believe he was telling DB the aforementioned drugs or drug money were in Derrick BRADLEY's large truck, which is currently being stored at SHVED's residence of 7507 Boriss

Drive, Chattanooga, Tennessee. I further believe that when Derrick BRADLEY said, "Ebo might have something good for you later on," he was advising SHVED that Erick BRADLEY would provide SHVED more illegal narcotics later.

81) On January 21, 2023, at 1:07 p.m., investigators intercepted a call to Derrick BRADLEY on TT-2 from Ilya SHVED. During the phone conversation, Derrick BRADLEY asked Ilya SHVED when he was going to be back at his "pop's" residence, referring to the house located at 7507 Boriss Drive. SHVED in return told BRADLEY that it would be a couple of hours. BRADLEY instructed SHVED to call him when he is going back to 7507 Boriss Drive because BRADLEY has something he wants SHVED to look at. Based upon my training and experience, BRADLEY asked SHVED when he was going back to 7507 Boriss Drive to verify when SHVED could retrieve either narcotics or narcotic proceeds from BRADLEY's food truck that is parked there.

82) On January 23, 2023, at 11:04 a.m., investigators intercepted a call to Derrick BRADLEY on TT-2 from Ilya SHVED. On that phone conversation Ilya SHVED asked Derrick BRADLEY how much money he was supposed to bring him. BRADLEY responded back with $160 because SHVED already paid him $40 last night. SHVED told BRADLEY that he will bring it to him now. Based on my training and experience, I believe SHVED owed BRADLEY money from when he previously purchased narcotics from BRADLEY. SHVED contacted BRADLEY to verify the drug debt he owed him and where he could meet him to pay him back. Because SHVED is a frequent and recent purchaser of illegal drugs from BRADLEY, and because SHVED stores drugs and/or money for BRADLEY at Target Location 5, I believe illegal drugs and evidence of drug trafficking will be present at that location.

83) On January 23, 2023, TFO William Bailey found that Ilya SHVED currently has an active arrest warrant for possession of a controlled substance through Hamilton County Sheriff's Office.

**Conclusion**

84) Based upon my training, experience, and knowledge, I know that drug traffickers often keep drugs and other evidence (e.g., drug ledgers and other records), fruits of the crime (e.g., money), and instrumentalities of the crime (e.g., scales and packaging such as plastic baggies) at their residence and in their vehicles.

85) Your affiant submits that probable cause exists to believe that the BRADLEY DTO have been involved in the distribution of controlled substances, and have used the residences and premises described herein to further the conspiracy to distribute controlled substances.

86) Your Affiant further believes that probable cause exists to search the residences/properties/outbuildings/vehicles located at 7249 E. Brainerd Road, Apartment 158, Chattanooga, Tennessee (further described in Attachment A-1); 1605 Dodson Avenue, Chattanooga, Tennessee (further described in Attachment A-2); 3301 Pinewood Avenue Apartment 27, Chattanooga, Tennessee (further described in Attachment A-3); 6315 Fisk Avenue, Chattanooga, Tennessee (further described in Attachment A-4); and 7507 Boriss Drive, Chattanooga, Tennessee (further described in Attachment A-5); for the items specified in Attachments B-1 through B-5.

39

_Garrett Woody_

GARRETT WOODY
TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Sworn to and subscribed before me this 25 day of January 2023.

HON. SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

40

## ATTACHMENT A-1

The residence, premises, outbuildings, and vehicles located at 7249 East Brainerd Road, Apartment 158, Chattanooga, Tennessee, pictured below and described as an apartment-style structure with red/brown brick exterior. The front door of the residence is black and is covered by a small black awning. On the front of the door are the numbers "158." To the right of the door is a doorbell security camera. There are bushes on either side of the walkway that leads to the door.



1

# ATTACHMENT B-1

**Items to Be Searched for at the Residence, Premises, Outbuildings, and Vehicles located at 7249 East Brainerd Road, Apartment 158, Chattanooga, Tennessee**

a.  Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

b.  Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

c.  Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

d.  United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

e.  Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to: scales, baggies, packing material;

f.  Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes and keys;

2

g.  The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

h.  Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

i.  Firearms;

j.  Cellular telephones

## ATTACHMENT A-2

The residence, premises, outbuildings, and vehicles located at 1605 Dodson Avenue, Chattanooga, Tennessee, pictured below and described as a condominium-style residence. The front door of the residence faces east and is red. Leading to the front door are two columns that are brick on the bottom and off-white on the top. On the small, covered porch leading to the door, "1605" is posted.




## ATTACHMENT B-2

**Items to Be Searched for at the Residence, Premises, Outbuildings, and Vehicles located at 1605 Dodson Avenue, Chattanooga, Tennessee**

a. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

b. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

c. Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

d. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

e. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to: scales, baggies, packing material;

f. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes and keys;

2

g. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

h. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

i. Firearms;

j. Cellular telephones

3

## ATTACHMENT A-3

The residence, premises, outbuildings, and vehicles located at 3301 Pinewood Avenue, Apartment 27, Chattanooga, Tennessee, described as part of an apartment-style complex pictured below and with a main exterior door that leads to individual interior doors that lead to separate apartments. The exterior door is black with windows on the upper portion of the door. Upon entering the exterior door, investigators will go up a small stairway. After going up the stairway, there will be a small landing and another stairway that goes down. Once down the second stairway, the entry way to Apartment 27 will be on the left. There is a red door that leads inside Apartment 27.



1

## ATTACHMENT B-3

**Items to Be Searched for at the Residence, Premises, Outbuildings, and Vehicles located at 3301 Pinewood Avenue, Apartment 27, Chattanooga, Tennessee**

a. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

b. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

c. Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

d. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

e. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to: scales, baggies, packing material;

f. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes and keys;

2

g. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

h. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

i. Firearms;

j. Cellular telephones

3

## ATTACHMENT A-4

The residence, premises, outbuildings, and vehicles located at 6315 Fisk Avenue, Chattanooga, Tennessee, pictured below and described as a single-story residence, grayish/blue in color, with a stairway leading to a covered porch with white posts and the front door of the residence. The front door of the residence faces south, is black, and has windows on either side with black shutters. There is an exterior light to the left of the entryway. On the west side of the residence there is an additional stairway that leads to a small landing with white railings that leads to the secondary entrance, which is a gray door.




1

# ATTACHMENT B-4

**Items to Be Searched for at the Residence, Premises, Outbuildings, and Vehicles located at 6315 Fisk Avenue, Chattanooga, Tennessee**

a. Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

b. Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

c. Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

d. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

e. Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to: scales, baggies, packing material;

f. Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes and keys;

2

g. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

h. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

i. Firearms;

j. Cellular telephones

3

## ATTACHMENT A-5

The residence, premises, outbuildings, and vehicles located at 7507 Boriss Drive, Chattanooga, Tennessee, pictured below and described as a split-level residence. The house is half brown brick, half light-colored vinyl siding. In front of the house there is a carport and "7507" is on the mailbox leading to the residence. Behind the residence there are several separate garage-style buildings.






1

<u>**ATTACHMENT B-5**</u>

**Items to Be Searched for at the Residence, Premises, Outbuildings, and Vehicles located at**

**7507 Boriss Drive, Chattanooga, Tennessee**

a.  Books, photographs, records, receipts, notes, ledgers and other papers which show the transportation, ordering, purchase, distribution, possession, sale or manufacture of controlled substances;

b.  Address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers, written or typed by hand as opposed to printed commercially;

c.  Books, letters, records, computerized and electronic records, receipts, bank statements and records, money drafts, letters of credit, wire transfers, safe deposit box keys, money order and cashier's check receipts, passbooks, bank checks, and other items that reflect the expenditure, obtaining, secreting, transfer or concealment of drug proceeds;

d.  United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, notes and other documents showing an accumulation of assets, wealth, or money to the extent that these items are found in such quantity, substance and/or quality as to permit a reasonable inference that such items are proceeds of drug trafficking;

e.  Controlled substances, material and paraphernalia for manufacturing, packaging, cutting, weighing and distributing controlled substances, including but not limited to: scales, baggies, packing material;

f.  Indicia of occupancy, residency, and/or ownership of the premises described above and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes and keys;

2

g. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises;

h. Papers, tickets, notes schedules, receipts and other documents relating to travel to and from drug source areas and drug distribution areas;

i. Firearms;

j. Cellular telephones